## June 17, 1971

■ Dorothy T. Fales et al., Appellants, v. Edward S. Witkowski et al., Respondents, et al., Defendants.— Order, Supreme Court, New York County, entered on February 2, 1970, unanimously affirmed. Respondents shall recover of appellants one bill of $30 costs and disbursements to cover appeals Nos. 1–14. No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.

■ In the Matter of Paderewski Foundation, Inc., on the Petition of Leon Zawisza, Respondent. Paderewski Foundation, Inc., et al., Appellants.— Order, Supreme Court, New York County, entered on February 2, 1970, unanimously affirmed. Respondent shall recover of appellants one bill of $30 costs and disbursements to cover appeals Nos. 1–14. No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Tilzer and Macken, JJ.